IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE ZAPATA, | : | |
|     Petitioner, | : | 1:19-cv-2208 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN QUEY, | : | |
|     Respondent. | : | |

## **ORDER**

**April 13, 2020**

NOW THEREFORE, upon preliminary consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, *See* R. GOVERNING § 2254 CASES R. 4, 1(b), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DISMISSED for lack of subject matter jurisdiction. The dismissal is without prejudice to Petitioner's right to pursue relief in the sentencing court.

2. The Clerk of Court is directed to CLOSE this case and NOTIFY Petitioner.

s/ John E. Jones III<br>
John E. Jones III<br>
United States District Judge